United States District Court
Southern District of Texas
**ENTERED**
May 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ASSIMA BARON TERRI,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-CV-03176** |
| | § | |
| **MARTIN FRINK, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Petitioner Assima Baron Terri's Petition Writ of Habeas Corpus (ECF No. 1) and Respondents' Response to Petition for Writ of Habeas Corpus and Motion Summary Judgment (ECF No. 7). The Court sets a hearing for this matter for Tuesday, May 19, at 1:00 p.m.

- All Parties may appear by telephone by calling in on the Court's dial-in number at +1 669-254-5252.
- Enter meeting ID: 160 7362 7986#
- No participant ID – press #
- Enter passcode: 3716#.

The Court **ORDERS** Respondents to make Petitioner available for the hearing and ensure he can participate remotely.

**SIGNED** at Houston, Texas, on this the 11th day of May, 2026.

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE